# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Lakefront Pictures, LLC., et. al. v Amanda Gecewicz

Case Number: 1:26-cv-04038

An appearance is hereby filed by the undersigned as attorney for:

Lakefront Pictures, LLC., Jennifer Karum, Ryan Atkins

Attorney name (type or print):  George J. Spathis

Firm:  Levenfeld Pearlstein, LLC

Street address:  120 S. Riverside Plaza, Suite 1800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6204509
(See item 3 in instructions)

Telephone Number: 312-346-8380

Email Address:  gspathis@lplegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's general bar? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | V No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  April 14, 2026

Attorney signature:  S/ *George J. Spathis*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023