## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Lakefront Pictures, LLC, et al.

                        Plaintiff,

v.                                        Case No.: 1:26–cv–04038
                                        Honorable Thomas M. Durkin

Gecewicz Amanda

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to serve summons, complaint and emergency motion by alternative means [8] is granted. An in−court hearing as to the emergency motion for limited temporary and preliminary injunctive relief [9] is set for 5/28/2026 at 10:00 a.m. in courtroom 1441. Plaintiff is to provide notice of the hearing to defendant by the same means that the summons, complaint and emergency motion are served. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.