



FILED
5/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **LAKEFRONT PICTURES, LLC,** **JENNIFER KARUM, and** **RYAN ATKINS,** Plaintiffs, v. **AMANDA GECEWICZ,** Defendant. | Case No. 1:26-cv-04038 Hon. Judge Thomas M. Durkin Hon. Mag. Judge Gabriel A. Fuentes |

## DEFENDANT'S MOTION FOR LEAVE TO APPEAR REMOTELY

Defendant Amanda Gecewicz respectfully requests leave to appear remotely at the hearing scheduled for Thursday, May 28, 2026 at 10:00 a.m. concerning Plaintiffs' Emergency Motion for Limited Injunctive Relief, as well as any subsequent hearings in this matter for which remote appearance may be permitted by the Court.

Defendant is proceeding pro se, has limited financial resources, and also serves as a primary caregiver for a family member, which creates significant logistical hardship with in-person appearance. Defendant therefore respectfully requests permission to appear via Zoom or other remote means.

Remote appearance would also assist in minimizing unnecessary conflict between the parties while this matter remains pending.

WHEREFORE, Defendant respectfully requests that the Court permit remote appearance for the May 28, 2026 hearing and any subsequent proceedings for which remote appearance is appropriate, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Amanda Gecewicz

Amanda Gecewicz

Defendant, Pro Se

Amanda Gecewicz

1 E Erie St

Suite 525-2761

Chicago, IL 60611

amg4894@gmail.com

DATED: May 26, 2026