## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM and RYAN ATKINS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:26-cv-04038 |
| vs. | ) ) | Hon. Judge Thomas M. Durkin |
| AMANDA GECEWICZ, | ) ) | Hon. Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Plaintiffs, LAKEFRONT PICTURES, LLC ("Lakefront"), JENNIFER KARUM ("Karum") and RYAN ATKINS ("Atkins"), by and through their counsel, and Defendant, AMANDA GECEWICZ ("Defendant"), who has appeared pro se, submit this Joint Status Report as directed by the Court in its May 28, 2026, Minute Order [Dkt. 15].

## STATUS OF LITIGATION

1.      Lakefront, Karum and Atkins (collectively, the "Plaintiffs") filed their Complaint against Defendant on April 14, 2026.  Defendant was served and has appeared in the case.  On June 4, 2026, Defendant filed an answer and affirmative defenses to the Complaint. (Dkt. 16).

2.      The only pending Motion in this action is Plaintiffs' Emergency Motion for Limited Temporary and Preliminary Injunctive Relief (Dkt. 9) which was entered and continued based upon an agreement reached by and between the parties and read into the record on May 28, 2026.

3.      Defendant has fulfilled her obligations with the respect to the agreement read into the record, having sent three separate notices (on May 29, 2026, June 3, 2026 and June 4, 2026) to each Facebook and Instagram requesting that the disabled Lakefront Instagram account and disabled Atkins Facebook account be fully restored *without* the Blackhatter-related content. Copies of the Notices (with attachments) are submitted herewith as **Group Exhibit A**.  Neither Facebook

LP 26614781.1 \ 47724.149613

nor Instagram, however, has responded to any of the notices, and both the Lakefront and Atkins Facebook accounts remain disabled.

4.     Plaintiffs maintain that time is of the essence.  The distributor of Lakefront's newest production has threatened to withdraw from its distribution agreement if Lakefront is not able to meaningfully promote the film via social media within the next week.

5.     Accordingly, Plaintiffs and Defendant jointly request that the Court enter an order in the form attached hereto as **Exhibit B** (which shall also be separately submitted in native format to Proposed_Order_Durkin@ilnd.uscourts.gov) directing Instagram and Facebook to restore the disabled accounts by the close of business on June 12, 2026.  Plaintiffs will assume responsibility for sending a copy of any order of this Honorable Court to Instagram and Facebook via all of the email addresses to which the Notices were sent as well as to the legal departments of both platforms.

6.     Plaintiffs and Defendant are interested in participating in a settlement conference at an early stage of the case, although Plaintiffs believe that there must be an opportunity for at least some written discovery in order for the settlement conference to be productive.

Dated: June 10, 2025

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **LAKEFRONT PICTURES, LLC, JENNIFER KARUM and THE CURSE LLC,** Plaintiffs | **AMANDA GECEWICZ**, Defendant |
| By:    /s/ George J. Spathis   _<br>       One of their attorneys | /s/ Amanda Gecewicz<br>    Pro Se |
| George J. Spathis (ARDC # 6204509)<br>LEVENFELD PEARLSTEIN, LLC<br>Attorney for Defendants<br>120 South Riverside Plaza, Suite 1800<br>Chicago, Illinois 60606<br>312.346.8380<br>gspathis@lplegal.com | 1 E. Erie Street,<br>Suite 525-2761<br>Chicago, Illinois 60611<br>amg4892@gmail.com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the, and that service will be accomplished by the CM/ECF system on the following persons:

George J. Spathis     nbailey@lplegal.com, gspathis@lplegal.com, kpatton@lplegal.com, druiz@lplegal.com, ikropiewnicka@lplegal.com

Service upon the following persons will be made by electronic mail:

Amanda Gecewicz     amg4894@gmail.com

*George J. Spathis*

3