## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM and RYAN ATKINS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:2026-cv-04038 |
| AMANDA GECEWICZ, | ) ) ) | |
| Defendant. | ) | |

### ORDER REGARDING THE IMMEDIATE REINSTATEMENT
### OF DISABLED FACEBOOK AND INSTAGRAM ACCOUNTS

This matter coming to be heard on the Emergency Motion filed by Plaintiffs, LAKEFRONT PICTURES, LLC ("Lakefront Pictures"), JENNIFER KARUM ("Karum") and RYAN ATKINS ("Atkins") for limited injunctive relief to require the timely reinstatement of Lakefront Picture's Instagram account and Atkins' Facebook account, both of which were disabled after Defendant served takedown notices in connection with allegedly infringing content relating to the film *Blackhatter*, the parties having reached an interim agreement for the reinstatement the disabled accounts, and having sent three separate notices to both Facebook and Instagram (on May 29, 2026, June 3, 2026 and June 4, 2026) requesting that the disabled Lakefront Pictures Instagram account and the disabled Atkins Facebook account be fully restored *without* the Blackhatter-related content but having received no response or cooperation from either Facebook or Instagram, **IT IS HEREBY ORDERED**:

1.   Instagram is ordered to reinstate Lakefront Pictures' Instagram Account (https://www.instagram.com/lakefrontpictures/) on or before the close of business (5:00 pm CDT) on Friday, June 12, 2006, without restoring any allegedly infringing Blackhatter-related content.

2. Facebook is ordered to reinstate Ryan Atkins' Facebook Account (https://www.facebook.com/ryanatkins24) on or before the close of business (5:00 pm CDT) on Friday, June 12, 2006, without restoring any allegedly infringing Blackhatter-related content.

3. Counsel for Plaintiffs is to promptly serve a copy of this order on both Facebook and Instagram via all of the email addresses to which notices were previously sent, and to the legal departments of both Companies.

4. The parties shall file a joint status report on or before June 16, 2026 to advise the Court regarding compliance by Facebook and Instagram, and any additional remedial steps that may be necessary to compel such compliance.

Date: June 10, 2026

_Thomas M Durkin_

District Court Judge Thomas M. Durkin

2