**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LAKEFRONT PICTURES, LLC, JENNIFER KARUM and RYAN ATKINS,** | ) ) ) | |
| | ) | Case No. 1:2026-cv-04038 |
| Plaintiffs, | ) | |
| vs. | ) | Hon. Judge Thomas M. Durkin |
| | ) | |
| **AMANDA GECEWICZ,** | **)** | Hon. Mag. Judge Gabriel A. Fuentes |
| | **)** | |
| Defendant. | **)** | |

## JOINT STATUS REPORT

Plaintiffs, LAKEFRONT PICTURES, LLC ("Lakefront"), JENNIFER KARUM ("Karum") and RYAN ATKINS ("Atkins"), by and through their counsel, and Defendant, AMANDA GECEWICZ ("Defendant"), who has appeared pro se, submit this Joint Status Report as directed by the Court in its June 11, 2026, Minute Order [Dkt. 20].

## STATUS OF LITIGATION

1.      Lakefront, Karum and Atkins (collectively, the "Plaintiffs") filed their Complaint against Defendant on April 14, 2026.  Defendant was served and has appeared in the case.  On June 4, 2026, Defendant filed an answer and affirmative defenses to the Complaint. (Dkt. 16).

2.      Subject matter jurisdiction is predicated on 28 U.S.C. §1331, specifically claims asserted under the Copyright Act of 1976, 17 U.S.C. § 101 et seq., the Digital Media Copyright Act, 17 U.S.C. § 512 and Lanham Act, 15 U.S.C. §1125(a).  The Court has pendant jurisdiction pursuant to 28 U.S.C. §1367 as to the remaining claims.  Defendant does not challenge the subject matter jurisdiction of this Court.

3.      The only pending Motion in this action is Plaintiffs' Emergency Motion for Limited Temporary and Preliminary Injunctive Relief (Dkt. 9) which was entered and continued based upon an agreement reached by and between the parties and read into the record on May 28, 2026.

4.    Plaintiffs and Defendant are interested in participating in a settlement conference at an early stage of the case, although Plaintiffs believe that there must be an opportunity for at least *some* written discovery in order for the settlement conference to be productive.

5.    The parties jointly propose the following:

(a)   The parties shall have 21 days to issue written discovery, including up to three (3) subpoena *duces tecum* per side.

(b)   The matter should be set for status in mid-September to assess progress with respect to interim discovery.  Any motions with respect to discovery should be filed in advance of the status date.

(c)   A settlement conference can be scheduled for a date in late September or early October, or if the Court prefers, it can be scheduled at the September status.

6.    If the parties are unable to reach a settlement, they shall submit a comprehensive discovery plan within fourteen (14) days from the adjournment of the settlement conference.

Dated: June 18, 2026

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **LAKEFRONT PICTURES, LLC,** **JENNIFER KARUM and RYAN** **ATKINS,** Plaintiffs | **AMANDA GECEWICZ**, Defendant |
| By:   */s/ George J. Spathis*       One of their attorneys | */s/ Amanda Gecewicz*     *Pro Se* |
| George J. Spathis (ARDC # 6204509) LEVENFELD PEARLSTEIN, LLC Attorney for Defendants 120 South Riverside Plaza, Suite 1800 Chicago, Illinois 60606 312.346.8380 gspathis@lplegal.com | 1 E. Erie Street, Suite 525-2761 Chicago, Illinois 60611 amg4892@gmail.com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, and that service will be accomplished by the CM/ECF system on the following persons:

George J. Spathis    nbailey@lplegal.com, gspathis@lplegal.com, kpatton@lplegal.com, druiz@lplegal.com, ikropiewnicka@lplegal.com

Service upon the following persons will be made by electronic mail:

Amanda Gecewicz    amg4894@gmail.com

*George J. Spathis*