## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lakefront Pictures, LLC, et al.

                Plaintiff,

v.

                                 Case No.: 1:26–cv–04038

                                 Honorable Thomas M. Durkin

Amanda Gecewicz

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Pre–settlement telephonic conference held. The parties reported that they are prepared to participate in a settlement conference with the magistrate judge and confirmed their understanding of the full–authority rule. A settlement conference is set for 10:30 a.m. on 9/17/26 in Courtroom 2266 of the Dirksen U.S. Courthouse. Mediation statements in compliance with the Standing Order are due from plaintiffs by 5 p.m. on 8/27/26 and from defendant by 5 p.m. on 9/8/26, to the Court's settlement correspondence mailbox at Settlement_Correspondence_Fuentes@ilnd.uscour ts.gov and copied to opposing counsel. A pre–settlement telephonic conference is set for 8:30 a.m. on 9/14/26, when the parties' counsel are directed to contact the magistrate judge at the number they have been provided. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.