**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: LAKEFRONT PICTURES, LLC, et al. v. GECEWICZ, et al.        Case Number: 1:26-cv-04038

An appearance is hereby filed by the undersigned as attorney for:
PLAINTIFFS LAKEFRONT PICTURES, LLC, JENNIFER KARUM, AND RYAN ATKINS

Attorney name (type or print):  ILYA G. ZLATKIN

Firm:    ZLATKIN CANN ENTERTAINMENT

Street address:      4245 N. KNOX AVE.

City/State/Zip:    CHICAGO, IL 60641

Bar ID Number:  6314344            Telephone Number:    (312) 809-8022
(See item 3  in instructions)

Email Address: ILYA@ZCE.LAW

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/22/2026

Attorney signature:    S/ ILYA G. ZLATKIN _____
                                    (Use electronic signature if the appearance form is filed electronically.)