# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Lakefront Pictures LL, et al. v. Gecewicz

Case Number: 1:26-cv-04038

An appearance is hereby filed by the undersigned as attorney for:

Amanda Gecewicz

Attorney name (type or print): Kyle Watson

Firm: Mahou Law LLC

Street address: 1100 Lake St., Suite LL30A

City/State/Zip: Oak Park, IL 60301

Bar ID Number: 6350197
(See item 3 in instructions)

Telephone Number: 913-940-4449

Email Address: kwatson@mahoulaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ | ☐ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/24/2026

Attorney signature: S/ Kyle Watson
(Use electronic signature if the appearance form is filed electronically.)