**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Amanda Gecewicz
Defendant.

Case No.: 1:26−cv−04038
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Pre−settlement telephonic conference held with counsel. The parties discussed their respective preparedness for the 9/17/26 scheduled settlement conference. The magistrate judge determined that not all parties are prepared to engage in a settlement conference. The 9/17/26 mediation is stricken. Litigation and discovery resumes. The parties earlier were subject to a limited discovery schedule, which did not progress because of the ill−fated settlement effort, but the discovery train will now pull out of the station at high speed. The parties are directed to confer under Rule 26(f), to submit a status report in the format shown in the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes (available on the website), and to include in that report a contested or agreed schedule for written and oral fact discovery along with a statement as to whether expert discovery is anticipated. The Court will then enter a further order. To the extent they have not already, all attorneys appearing at today's pre−settlement call are directed to file an appearance on the docket. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.