**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Amanda Gecewicz
Defendant.

Case No.: 1:26−cv−04038
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint discovery status report (doc. #[30]), the discovery and case management schedule is set as follows: (1) initial disclosures served by 10/12/26; (2) fact discovery to close 2/26/27; and (3) expert discovery schedule to be set nearer to the close of fact discovery. Pleading amendment and dispositive motion dates are reserved to the district court. The parties remain free to bring their unresolved discovery disputes to the Court on motion upon conferral and Local Rule 37.2 compliance; in the meantime, future discovery and status reports need not contain extensive details, in the interest of conserving party and judicial resources. On settlement, the Court will entertain a pre−settlement conference on joint request but only once all parties are prepared to negotiate. The next joint report on discovery progress and settlement status is due at noon on 12/3/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.