**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Case No.: 1:26−cv−04038
Honorable Thomas M. Durkin
Amanda Gecewicz
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's motion to compel (doc. #[32]) is set for hearing at the 9 a.m. motion call on 11/23/26, and the parties should be prepared to argue the motion at that time. Alternatively, if the parties file a status report by noon on 11/20/26 stating that the issues in the motion have been resolved, the hearing will be stricken. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.